K. M. Harden and Lucy M. Harden, Plaintiffs-Appellants, v. Vega Industries, Inc. (Formerly San-Equip, Inc.), Defendant-Appellee.

Gen. No. 47,582.

First District, Third Division.

February 27, 1959.

Released for publication March 20, 1959.

James D. Peterson, for appellants; Stevenson, Conaghan, Hackbert, Rooks and Pitts (Henry L. Pitts, Jerome Gilson, of counsel) for appellee and cross-appellant. Opinion by JUSTICE BRYANT. **Not to be published in full.**